UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 10, 2014            **Time:** 9 minutes            **Judge:** WILLIAM H. ORRICK
                                     1:42 p.m. to 1:51 p.m.

**Case No.:** 13-cr-00764-WHO       **Case Name:** UNITED STATES v. Williams, et al.

**Attorney for Plaintiff:**   William Frentzen and Damali Taylor
**Attorney for Defendant:**   John Grele for Alfonzo Williams
                              Eric Multhaup for Antonio Gilton
                              Tony Tamburello for Lupe Mercado
                              Richard Tamor and William Osterhoudt for Barry Gilton
                              Julia Jayne for Adrian Gordon
                              James Thomson and Josh Cohen for Reginald Elmore
                              Mark Vermeulen and David Andersen for Charles Heard
                              Robert Waggener for Esau Ferdinand
                              Paul Robeson for Winston Chan
                              Severa Keith for Monzell Harding
                              *All defendants present and in custody*

                              Blair Perilman, discovery counsel - present

**Deputy Clerk:** Jean Davis                **Court Reporter:** James Pence
**Interpreter:** n/a                        **Probation Office:** n/a

## PROCEEDINGS

Status conference conducted. Government notes that it will not to seek the death penalty as to Lupe Mercado, Barry Gilton, and Antonio Gilton. These defendants will no longer be eligible for representation by two attorneys. The Court asks that effected defense counsel advise the Court at their earliest convenience who will continue as each defendant's representative. Reginald Elmore and Charles Heard will be subject to a longer process for determination as to whether the death penalty will be sought which incorporates submission of defense mitigation. It is unclear whether or not this process will also apply to Alfonzo Williams.  Government indicates that the filing of a superseding indictment is likely but not certain, and a time table for that filing has not been established.

Parties will return on May 8, 2014 at 1:30 p.m. for hearing on the Government's motion for a protective order as to discovery. Any defendant who does not wish to be personally present for that hearing may file a waiver of appearance.

---

**EXCLUDABLE DELAY:**
Category      Effective preparation of counsel
Begins        April 10, 2014
Ends          May 8, 2014

---