Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Shawn Halbert (SBN 179023)
214 Duboce Ave.
San Francisco, CA 94103
Tel: (415) 703-0993
Fax: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorneys for Defendant REGINALD ELMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFONZO WILLIAMS et al.,<br><br>    Defendants. | CASE NO. CR-13-0764 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITNESS SUBPOENA** |

## STIPULATION

WHEREAS defendant Reginald Elmore, on behalf of the defendants in the second trial group in this matter, served a trial subpoena on witness Salvador Villalobos requiring Mr. Villalobos to appear and testify on May 7, 2019;

WHEREAS Mr. Villalobos appeared as required on May 7, 2019 and was directed by the Court to return on May 15, 2019 at 8:00 a.m.;

WHEREAS Mr. Elmore and the other defendants in the second trial group have either resolved their cases or had their trial dates continued several months, such that there is no trial at which Mr. Villalobos' testimony is presently required;

THEREFORE, counsel for Mr. Elmore and counsel for Mr. Villalobos hereby agree and stipulate that Mr. Villalobos is released from the pending trial subpoena and need not appear on May 15, 2019.  In the event that any party seeks Mr. Villalobos' testimony in connection with further proceedings, the party will issue a new subpoena.

IT IS SO STIPULATED.

DATED:  May 13, 2019            _____/s/_____
                                Josh A. Cohen
                                Attorney for REGINALD ELMORE

DATED:  May 13, 2019            _____/s/_____
                                Gail Shifman
                                Attorney for SALVADOR VILLALOBOS

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ordered that Salvador Villalobos is released from the trial subpoena served on him by defendant Reginald Elmore and need not appear on May 15, 2019 as previously directed by the Court.  Should any party seek Mr. Villalobos' testimony in connection with further proceedings, the party shall seek a new subpoena.  Attorney Gail Shifman's appointment to represent Mr. Villalobos shall continue in connection with any such subpoena.

IT IS SO ORDERED.

DATED:  _____          _____
                                        WILLIAM H. ORRICK
                                        UNITED STATES DISTRICT JUDGE